**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 17, 2020

**BY ECF**

**REQUEST GRANTED.**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

9/17/2020   SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Herode Chancy,
      20 Cr. 378 (LJL)**

Dear Judge Liman:

I write to request the Court modify the terms of Mr. Chancy's bail conditions to include the District of New Jersey with his area of permissible travel. Mr. Chancy, who is fully compliant with the conditions of his release, has family in New Jersey, including his sister, aunt, and cousins, and traveled there frequently before his arrest in this matter.

Neither the government nor Pretrial Services has any objection to this request.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:   AUSAs Cecilia Vogel and Tara LaMorte
      USPTO Francesca Piperato (by email)