**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 29, 2020

**BY ECF**

REQUEST GRANTED.

9/30/2020   SO ORDERED.

/s/ Lewis J. Liman
United States District Judge

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Herode Chancy,**
       **20 Cr. 378 (LJL)**

Dear Judge Liman:

I write to request a temporary bail modification to allow Mr. Chancy to travel to the District of Maryland to be with family for his nephew's ninth birthday in Silver Spring this weekend. He proposes to leave on a Friday, October 2, and to return on Sunday, October 4, traveling by car with his children and partner. Travel and accommodation information will be provided to Pretrial Services.

Neither the government nor Pretrial Services has any objection to this request.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:   AUSAs Cecilia Vogel and Tara LaMorte
      USPTO Francesca Piperato (by email)