**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 13, 2020

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

GRANTED.

10/13/2020    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:  **United States v. Herode Chancy,
20 Cr. 378 (LJL)**

Dear Judge Liman:

I write to request a temporary bail modification to allow Mr. Chancy to travel to the Middle District of Florida this weekend with his cousin and two friends. They plan to depart on Friday, October 16, and return on Sunday, October 18. Mr. Chancy has already provided his itinerary and accommodation information to Pretrial Services, which has no objection to this request. The government also has no objection to this request.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:  AUSAs Cecilia Vogel and Tara LaMorte
     USPTO Francesca Piperato (by email)