# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 28, 2021

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The modifications to cosigners
is approved by the Court.

3/29/2021    SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Herode Chancy,
20 Cr. 378 (LJL)**

Dear Judge Liman:

On March 18, the Court granted Mr. Chancy's request to make a brief trip to Jamaica to participate in his cousin Eric Pamphile's wedding, upon certain conditions. Among the conditions was an increased, $500,000 appearance bond "to be signed by defendant and co-signed by defendant's mother, his sister, and Michele Tejada on or before May 3, 2021." I write to request two modifications regarding the cosigners for the increased bond:

First, Mr. Chancy's mother did not sign the initial bond; rather the current cosigner (in addition to his sister, Michelene Anderson) is Nicole Chancy, the mother of his children. I request that Nicole Chancy be permitted to cosign the increased bond as well.

Second, it now appears that Ms. Tejada will not be traveling with Mr. Chancy to the wedding. I therefore request that the groom, Mr. Chancy's friend and cousin Eric Pamphile, be substituted in her place. Mr. Pamphile works full time for the Postal Service as a letter carrier in the Bronx.

The government has no objection to these cosigner-related modifications, given the Court's earlier decision to authorize this trip.

Sincerely,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

CC:   AUSAs Cecilia Vogel and Tara LaMorte
USPTO Francesca Piperato (by email)