# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 19, 2021

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
Mr. Chancy's bail to be temporarily modified as proposed.

4/20/2021  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Herode Chancy,**
      **20 Cr. 378 (LJL)**

Dear Judge Liman:

     I write to request a temporary bail modification to allow Mr. Chancy to travel to the Eastern District of Pennsylvania this weekend so that he can take his daughters to the Lights Festival together with Ms. Tejada and her children. Mr. Chancy proposes to leave on Saturday, April 24, and to return on Sunday, April 25. He has already provided accommodation information for the night of April 24 to Pretrial, which has no objection to this request. The government also has no objection to this request.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:   AUSAs Cecilia Vogel and Tara LaMorte
      USPTO Francesca Piperato (by email)