UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                 :

UNITED STATES OF AMERICA,           :

            -v-                                :       20-CR-00378-1 (LJL)

HERODE CHANCY,                     :       <u>ORDER</u>

                Defendant.           :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Sentencing in this case is scheduled for July 21, 2021 at 2:00PM. The parties dispute certain facts that may be relevant to sentencing. Accordingly, the Court will hold a *Fatico* hearing on July 21, 2021 on the issues identified on page 6 of the Government's sentencing submission. Dkt No. 73. The hearing will take place during the time previously set for the sentencing. The Court will set an adjourned date for sentencing at the time of the *Fatico* hearing.

      SO ORDERED.

Dated: July 14, 2021
       New York, New York

                                                      LEWIS J. LIMAN
                                         United States District Judge