**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 17, 2021

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The request is granted.
The defendant Herode Chancy shall surrender to the institution designated by the Bureau of Prisons no later than 2:00 p.m. on January 4, 2022.*

11/18/2021  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:     **United States v. Herode Chancy,
        20 Cr. 378 (LJL)**

Dear Judge Liman:

    I write to request that the Court adjourn Herode Chancy's surrender date from December 9, 2021, to January 4, 2022. The requested adjournment will give the BOP time to complete Mr. Chancy's designation, so that he can surrender directly to the facility where he will serve his sentence rather than suffering multiple quarantines and transportation in custody. It will also allow him to spend the holidays with his children and say goodbye to his father, who will return from Haiti after December 9.

    The government has no objection to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 842-2622

CC:    AUSAs Cecilia Vogel and Tara LaMorte