# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 18, 2022

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Court directs Pretrial Services to release Mr.
Chancy's passports to his fiancée, Michelle Tejada.

1/18/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: __United States v. Herode Chancy,__
__20 Cr. 378 (LJL)__

Dear Judge Liman:

I write to request that the Court authorize and direct Pretrial Services to release Mr. Chancy's passports to his fiancée, Michelle Tejada, because Mr. Chancy is no longer on Pretrial supervision as he is in BOP custody serving the sentence imposed by this Court. The government has no objection to this request.

Sincerely,

/s/

Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:   AUSA Cecilia Vogel