# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 30, 2024

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Court approves Mr. Chancy to travel as proposed.

5/31/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Herode Chancy,**
      **20 Cr. 378 (LJL)**

Dear Judge Liman:

I write to request the Court permit Mr. Chancy to travel with his children to the Dominican Republic between approximately July 10 and July 14, 2024. Mr. Chancy has been on supervised release since July 3, 2023. He has been fully compliant and remains fully employed. Neither Probation nor the government has any objection to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 842-2622

CC:   AUSAs Cecilia Vogel and Tara LaMorte
      USPO Noah Joseph (by email)